

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2016

No. 04-15-00240-CR

Mario Jesus **RAMIREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10323
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
   Karen Angelini, Justice
   Patricia O. Alvarez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court